UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KRISTOPHER S. STARKGRAF,

              Plaintiff,

   v.

WHITE, *et al.*,

              Defendants.

Case No. C23-5593-RJB-MLP

ORDER

This matter is before the Court on Plaintiff's motion for a thirty-day extension of time to file his amended complaint in this 42 U.S.C. § 1983 civil rights action. (Dkt. # 8.) On August 31, 2023, the Court declined to order service of Plaintiff's proposed complaint due to several deficiencies. (Dkt. # 5.) The Court's Order granted Plaintiff leave to file an amended complaint no later than October 2, 2023. (*Id.*) Plaintiff is currently confined at the Pierce County Jail, and requests a thirty-day extension because "Jail officials tend to take about a week" to allow him to copy or to mail documents. (Dkt. # 8.)

After careful consideration of Plaintiff's motion, the governing law, and the balance of the record, the Court hereby ORDERS as follows:

ORDER - 1

1     (1)    Plaintiff's motion for a thirty-day extension of time (dkt. # 8) is GRANTED. Plaintiff shall file his amended complaint by no later than **November 1, 2023**.

    (2)    The Clerk is directed to send copies of this order to Plaintiff and to the Honorable Robert Bryan.

Dated this 22nd day of September, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2