UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KRISTOPHER S STARKGRAF,

               Plaintiff,

     v.

WHITE, et. al,

               Defendants.

CASE NO. 23-5593 RJB-MLP

ORDER ADOPTING REPORT AND
RECOMMENDATION AND RE-
REFERRING CASE

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Michelle L. Peterson.  Dkt. 34.  The Court has reviewed the Report and Recommendation and is fully advised.  No objections to the Report and Recommendation have been filed.

The Report and Recommendation (Dkt. 34) should be adopted.  The case, and all pending motions, should be re-referred to U.S. Magistrate Judge Michelle L. Peterson for further proceedings.

It is **ORDERED** that:

- The Report and Recommendation (Dkt. 34) **IS ADOPTED;**

- The Plaintiff's Motion for Preliminary Injunction (Dkt. 26) **IS DENIED;** and

- The case and any pending motions **ARE RE-REFERRED** to U.S. Magistrate Michelle L. Peterson for further proceedings.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 10th day of June, 2024.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND RE-REFERRING CASE - 2