UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KRISTOPHER S. STARKGRAF,<br><br>    Plaintiff,<br> v.<br><br>WHITE et al.,<br><br>    Defendant. | CASE NO. 3:23-cv-05593-DGE<br><br>ORDER APPOINTING COUNSEL |

This Court having granted Plaintiff's oral motion to appoint counsel and having referred the matter to the pro bono panel (Dkt. No. 79), now APPOINTS Vanessa Soriano Power, of Stoel Rives LLP, 600 University St, Ste 3600, Seattle, WA 98101, (206) 624-0900, Vanessa.Power@stoel.com, as counsel for Plaintiff pursuant to the Plan of the United States District Court for the Western District of Washington for the Representation of *Pro Se* Litigants in Civil Rights Actions.  *See* General Order No. 07-23 (Sept. 8, 2023), https://www.wawd.uscourts.gov/sites/wawd/files/General%20Order%2007-23%20-%20Amended%20Pro%20Bono%20Plan.pdf.

ORDER APPOINTING COUNSEL - 1

1     Counsel for Plaintiff is DIRECTED to file a notice of appearance within seven (7) days.

2 If counsel is unable to assume this representation for a reason set forth in General Order 07-23, a

3 motion for relief from appointment should be immediately filed.

4     There is a status hearing currently set in this matter for March 13, 2025.[1]  (*See* Dkt. No.

5 78.)  On or before March 12, 2025, the Parties shall file a new Joint Status Report identifying

6 amount of time necessary to prepare for trial, availability for trial, and any other issues the

7 Parties believe relevant to the scheduling of a trial date.

8     The Clerk is DIRECTED to send a copy of this Order to counsel for Plaintiff.

9     Dated this 26th day of February, 2025.

David G. Estudillo
United States District Judge

---

[1] The Court strongly prefers to keep this date to discuss the status of the case.  However, if new assigned counsel is unavailable, please contact the Court and opposing counsel to identify a new status hearing date.

ORDER APPOINTING COUNSEL - 2