HON. DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRISTOPHER S. STARKGRAF,<br><br>         Plaintiff,<br><br>    v.<br><br>WHITE et al.,<br><br>         Defendants. | Case No. 3:23-cv-05593-DGE<br><br>ORDER GRANTING STIPULATED VOLUNTARY DISMISSAL OF DEFENDANTS ANTON, PLACE, AND AVEGA |

This matter comes before the Court on Stipulated Notice of Voluntary Dismissal under FRCP 41(a)(1)(A)(ii) of Defendants Anton, Place, and Avega. Based on the stipulation of Plaintiff Starkgraf and Defendants Anton, Place, and Avega, it is **ORDERED**:

Claims asserted by Plaintiff Kristopher Starkgraf against Defendants Patty Anton, Jessica Place, and Shanlynn Avega are dismissed with prejudice and without an award of fees or costs to any party.

**SO ORDERED** this 4th day of April 2025.

David G. Estudillo
United States District Judge

ORDER GRANTING STIPULATED VOLUNTARY DISMISSAL
OF DEFENDANTS ANTON, PLACE, AND AVEGA- 1
Case No. 3:23-cv-05593-DJE

128362320.1 0099820-08086